Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com

Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.7741
Facsimile: 702.973.4974
cwitty@littler.com

Attorneys for Defendants
CENTENE MANAGEMENT COMPANY
LLC and CENTENE CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA BRANCATO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY LLC; CENTENE CORPORATION; and DOES 1 hrough 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03292-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff ANDREA BRANCATO, an individual and Defendants CENTENE MANAGEMENT COMPANY LLC and CENTENE CORPORATION, through their counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of November 3, 2026, up to and including **November 24, 2026.**

The Parties agree the requested extension is reasonable and necessary because counsel for Defendants have just recently been retained and requires additional time to investigate the

allegations and file a proper response.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Lawrence W. Freiman*

Lawrence W. Freiman, Esq.
FREIMAN LEGAL

Attorneys for Plaintiff
ANDREA BRANCATO

Dated: October 20, 2026

Respectfully submitted,

*/s/ Cayla J. Witty*

Karyn M. Taylor. Esq.
Cayla J. Witty, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendants
CENTENE MANAGEMENT COMPANY LLC
and CENTENE CORPORATION

IT IS SO ORDERED.
Dated: October 20, 2026
.
.

Nancy J. Koppe
United States Magistrate Judge



LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800